

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSA MARIA HANASH, | § | No. 08-16-00054-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| WALTER ANTIQUES, INC. AND | § | of El Paso County, Texas |
| NANCY WALTER, INDIVIDUALLY, | § | |
| Appellees. | § | (TC# 2012-DCV05940) |
| | § | |

## **J U D G M E N T**

The judgment of the Court issued on March 9, 2018 is withdrawn, and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JUNE, 2018.


GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.